**Van JOHNSON, Appellant,**

v.

**Cameron DANIELS; Dale Glass; Gene Stubblefield; Steve Long; Gary Kempker, Appellees.**

No. 02–3754.

United States Court of Appeals, Eighth Circuit.

Submitted March 4, 2003.

Decided March 7, 2003.

Before BYE, FAGG, and RILEY, Circuit Judges.

PER CURIAM.

Van Johnson appeals the district court's * 28 U.S.C. § 1915(e)(2)(B) dismiss-

---

* The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.

al without prejudice of Johnson's 42 U.S.C. § 1983 action. Having carefully reviewed the record, we conclude dismissal was proper. Accordingly, we affirm. *See* 8th Cir. R. 47A(a).